IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TINA M. EMERSON                                                                                    PLAINTIFF

VS.                                    CASE NO. 4:16CV00089 SWW

STATE OF ARKANSAS                                                                             DEFENDANT

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Court Judge Susan W. Wright. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

    1.    Why the record made before the Magistrate Judge is inadequate.

    2.    Why the evidence proffered at the hearing before the District Judge (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

    3.    The detail of any testimony desired to be introduced at the hearing before the District Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## **DISPOSITION**

Plaintiff filed her Complaint against the State of Arkansas on February 19, 2016. She was subsequently granted the benefit of several local attorneys to assist her in amending her complaint. On May 19, 2016, the Court granted appointed-counsel's Motion to Withdraw and informed Plaintiff that she had thirty days in which to file an amended complaint that outlines cognizable federal causes of action or to have an attorney of her choice enter an appearance to represent her and file the same. Plaintiff has since filed two amended complaints and several motions, none of which comply with the Court's directive.

It is therefore recommended at this time that Plaintiff's complaint be summarily dismissed for failure to comply with a court order pursuant to Local Rule 5.5 and for failure to state claims upon which relief can be granted.

IT IS SO ORDERED THIS 6th day of July, 2016.

_____
UNITED STATES MAGISTRATE JUDGE