**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

TINA M. EMERSON,

                                                                                                                               PLAINTIFF

V.                    4:16CV00089-SWW-JTK

STATE OF ARKANSAS, ET AL.,                                                  DEFENDANTS

**ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a _de novo_ review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1.      Plaintiff's Complaint against Defendants is DISMISSED without prejudice.

2.      All pending Motions are DENIED without prejudice as moot.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 21st day of July 2016.

                                                  /s/Susan Webber Wright
                                     UNITED STATES DISTRICT JUDGE