# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

TINA M. EMERSON,

                                                                                                                                                                           PLAINTIFF

V.                                      4:16CV00089-SWW-JTK

STATE OF ARKANSAS, ET AL.,                                                DEFENDANTS

## **JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice.

IT IS SO ORDERED this 21st day of July 2016.

                                              /s/Susan Webber Wright
                                       UNITED STATES DISTRICT JUDGE